UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM A. MALONE,

    Plaintiff,

        v.

MARSHA HILL and LAURA LECRONE,

    Defendants.

Case No. 13-cv-128-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case (First Amendment claim for denial of medication in retaliation for filing a grievance) is dismissed without prejudice.

**DATED: August 19, 2013**    NANCY J. ROSENSTENGEL, **Clerk of Court**

                                            By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**